Argued February 17, affirmed February 23, 1976

STATE OF OREGON, *Respondent,*

*v.*

DAVID JAMES REGNIER, *Appellant.*

(No. 19336, CA 5229)

546 P2d 479

Richard R. *Frazier,* Salem, argued the cause and filed the brief for appellant.

*Donald L. Paillette,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

Before Schwab, Chief Judge, and Langtry and Thornton, Judges.

PER CURIAM.

Affirmed. *State v. Cortman,* 251 Or 566, 446 P2d 681 (1968), *cert denied* 394 US 951 (1969); *State v. Fitzgerald,* 19 Or App 860, 530 P2d 553 (1974).